NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2010-5072

### UNDERWOOD LIVESTOCK, INC.,

Plaintiff-Appellant,

v.

### UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in case no. 05-CV-162, Judge Mary Ellen Coster Williams.

ON MOTION

O R D E R

The United States moves for a 45-day extension of time, until June 24, 2010, to file its response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__MAY 0 4 2010__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Martin G. Crowley, Esq.
Kurt G. Kastorf, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 0 4 2010

JAN HORBALY
CLERK